*Law Offices of*
## STREET & STREET

| | | |
|---|---|---|
| *C. DANIEL STREET* | Attorneys-at-Law | *TELEPHONE:* 318-325-4418 |
| *D. RANDOLPH STREET* | 508 North 31st Street | *Fax:* 318-322-7656 |
| | *Monroe, Louisiana 71201* | |

July 10, 2023

United States District Court
for the Western District of Louisiana
Alexandria Division
Attn: Clerk's Office
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

      RE: Kimberly Burrows
           vs.  No. 23-00176
           Foremost Insurance Company, Grand Rapids
           Michigan and Trabian Choice
           NOTICE OF SETTLEMENT

Dear Sirs:

    In accordance with Local Rule 16.4, on behalf of all parties to this matter, I am pleased to inform the Court a settlement agreement was reached in this case. The settlement disposes of all claims. A dismissal will be filed shortly. Please let me know if you need anything else from me.

    Thank you for your assistance.

    With kindest regards, I am
                          Very truly yours,

                          LAW OFFICES OF
                          STREET & STREET


                          BY: s/ D. Randolph Street
                              D. RANDOLPH STREET

DRS/sds